UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| DONALD LEE FRANK, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, Acting Commissioner of )<br>Social Security, )<br>)<br>Defendant. ) | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 5:14-CV-846-D** |

**Decision by Court.**

This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** plaintiff's objections to the M&R [D.E. 17] are OVERRULED, plaintiff's motion for judgment on the pleadings [D.E. 10] is DENIED, defendant's motion for judgment on the pleadings [D.E. 12] is GRANTED, defendant's final decision is AFFIRMED, and this action is DISMISSED. The clerk shall close the case.

**This Judgment Filed and Entered on February 2, 2016, and Copies To:**

| | |
|---|---|
| Lawrence Wittenberg | (via CM/ECF Notice of Electronic Filing) |
| David M. Mansfield | (via CM/ECF Notice of Electronic Filing) |

DATE:  
February 2, 2016

JULIE RICHARDS JOHNSTON, CLERK  
(By) /s/ Nicole Briggeman  
Deputy Clerk